UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL S. PRUITT,            )
                              )
    Plaintiff,               )
                              )
v.                            )   Case No. CV612-021
                              )
EMMANUEL COUNTY,              )
GEORGIA,                      )
                              )
    Defendant.               )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 26th day of April, 2012.

B. AVANT EDENFIELD, JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA